UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GARY, CHARLENE § | Case No. 11-13655 |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/13/2013 in Courtroom 613,
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/09/2013      By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
GARY, CHARLENE § Case No. 11-13655
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,898.46 |
| and approved disbursements of | $ | 2.83 |
| leaving a balance on hand of[1] | $ | 5,895.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,339.85 | $ 0.00 | $ 1,339.85 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 1,810.00 | $ 0.00 | $ 1,810.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1.53 | $ 0.00 | $ 1.53 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,151.38 |
| Remaining Balance | $ | 2,744.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,235.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 13,961.25 | $ 0.00 | $ 2,514.69 |
| 000002 | CHASE BANK USA, N.A. | $ 455.88 | $ 0.00 | $ 82.11 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 272.16 | $ 0.00 | $ 49.02 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 521.50 | $ 0.00 | $ 93.93 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 24.97 | $ 0.00 | $ 4.50 |

Total to be paid to timely general unsecured creditors   $ 2,744.25

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-13655-TAB
Charlene Gary                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 2         Date Rcvd: Jan 10, 2013
                              Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2013.
db           +Charlene Gary,   375 Bensley Avenue,   Calumet City, IL 60409-2310
aty          +William Cross,   Frank/Gecker LLP,   325 N. LaSalle St.,   Chicago, IL 60654-6465
17053746     +AmeriMark Premier EasyPay Day,   P O Box 2845,   Monroe, WI 53566-8045
17053747     +America's Servicing Co.,   C/O Freedman Anselmo Lindberg Rappe,   1807 W. Diehl Road, Suite 333,
               Naperville, IL 60563-1890
17053748     +America's Servicing Company,   P O Box 1820,   Newark, NJ 07101-1820
17053750     +Chase,   P O Box 15153,   Wilmington, DE 19886-5153
17848760      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17053751     +City of Chicago Dept. of Revenue,   121 N. LaSalle, Room 107A,   Chicago, IL 60602-1288
17053752     +City of Chicago Dept. of Revenue,   C/O Linebarger Goggan Blair Sampson,   P O Box 06152,
               Chicago, IL 60606-0152
17053753     +City of Chicago Dept. of Water,   P O Box 6330,   Chicago, IL 60680-6330
17785377      FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17053754     +K. Jordan,   P O Box 2809,   Monroe, WI 53566-8009
17053755     +Metrostyle,   P O Box 659728,   San Antonio, TX 78265-9728
17053756     +Peoples Gas Light & Coke Co.,   130 E. Randolph Drive,   Chicago, IL 60601-6203
17053758     +Spiegel,   P O Box 659705,   San Antonio, TX 78265-9705
17053757     +Spiegel,   C/O World Financial Network,   P O Box 182273,   Columbus, OH 43218-2273
17053759     +Vericrest Financial,   P O Box 24330,   Oklahoma City, OK 73124-0330
17053761     +Victoria's Secret,   P O Box 659728,   San Antonio, TX 78265-9728
17053760     +Victoria's Secret,   C/O World Financial Network,   P O Box 182273,   Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18027061       E-mail/Text: bnc-quantum@quantum3group.com Jan 11 2013 03:15:52
                Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17053749     ##+Bank of America,   P O Box 15028,   Wilmington, DE 19850-5028
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2013**         **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1           User: csimmons              Page 2 of 2                  Date Rcvd: Jan 10, 2013
                               Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2013 at the address(es) listed below:
          Carl B Boyd    on behalf of Debtor Charlene  Gary starksboyd@sbcglobal.net
          Frances  Gecker    fgecker@fgllp.com,
          fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Heather M Giannino    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
          Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc. as attorney-in-fact
          heathergiannino@hsbattys.com,   jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
          csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
          TOTAL: 5

Case 11-13655   Doc 52   Filed 01/10/13   Entered 01/12/13 23:39:09   Desc Imaged
Certificate of Notice   Page 6 of 6