UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
                                  §
GARY, CHARLENE                    §          Case No. 11-13655
                                  §
                                  §
           Debtor(s)              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERIMARK PREMIER EASYPAY | | | | | |
| | CITY OF CHICAGO DEPT. | | | | | |
| | CITY OF CHICAGO DEPT. | | | | | |
| | CITY OF CHICAGO WATER DEPT. | | | | | |
| | K. JORDAN | | | | | |
| | PEOPLES GAS LIGHT & COKE | | | | | |
| | VICTORIA'S SECRET | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-13655 | TAB | Judge: Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | GARY, CHARLENE | | | Date Filed (f) or Converted (c): | 03/31/11 (f) |
| | | | | 341(a) Meeting Date: | 05/10/11 |
| For Period Ending: | 04/08/13 | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Estate<br>  Debtor Claimed Exemption | 119,000.00 | 0.00 | | 0.00 | FA | 115,917.12 | 15,000.00 |
| 2. Real Estate | 146,500.00 | 0.00 | | 0.00 | FA | 293,815.97 | 0.00 |
| 3. CASH<br>  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. CHECKING ACCOUNT | 1.00 | 2,250.00 | | 5,898.42 | FA | 0.00 | 0.00 |
| 5. HOUSEHOLD GOODS<br>  Debtor Claimed Exemption | 4,000.00 | 500.00 | | 0.00 | FA | 0.00 | 3,500.00 |
| 6. WEARING APPAREL<br>  Debtor Claimed Exemption | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 3,000.00 |
| 7. FURS AND JEWELRY<br>  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. PENSION<br>  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA | 0.00 | 1,500.00 |
| 9. OTHER<br>  Tax refund<br>  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. AUTOMOBILES, TRUCKS, TRAILERS<br>  Debtor Claimed Exemption | 3,000.00 | 600.00 | | 0.00 | FA | 0.00 | 2,400.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-13655 | TAB | Judge: Timothy A. Barnes | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GARY, CHARLENE | | | | Date Filed (f) or Converted (c): | 03/31/11 (f) |
| | | | | | 341(a) Meeting Date: | 05/10/11 |
| | | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 11. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.04 | FA | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $277,501.00 | $3,350.00 | | $5,898.46 | $0.00 | $409,733.09 | $25,900.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT AND DISTRIBUTION HAS BEEN MADE.

Initial Projected Date of Final Report (TFR): 03/01/12     Current Projected Date of Final Report (TFR): 12/01/12

            /s/     Frances Gecker
_____ Date: 04/08/13
            FRANCES GECKER

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-13655 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | GARY, CHARLENE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5647 MONEY MARKET |
| Taxpayer ID No: | *******0854 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/17/11 | 4 | MONEY ORDER CHARLENE GARY | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 450.00 |
| C 09/15/11 | 4 | MONEY ORDER CHARLENE GARY | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 900.00 |
| C 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 900.01 |
| C 10/26/11 | 4 | MONEY ORDER CHARLENE GARY | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 1,350.01 |
| C 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,350.02 |
| C 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.17 | 1,348.85 |
| C 11/30/11 | 4 | MONEY ORDER CHARLENE GARY | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 1,798.85 |
| C 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,798.86 |
| C 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 1.66 | 1,797.20 |
| C 12/29/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,797.21 |
| C t 12/29/11 | | Transfer to Acct #*******2269 | Bank Funds Transfer | 9999-000 | | 1,797.21 | 0.00 |

Page Subtotals  1,800.04  1,800.04

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-13655 -TAB | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GARY, CHARLENE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5647  MONEY MARKET |
| Taxpayer ID No: | *******0854 | | | |
| For Period Ending: | 04/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,800.04 | 1,800.04 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 1,797.21 | |
| | | | Subtotal | | 1,800.04 | 2.83 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,800.04 | 2.83 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals       0.00       0.00

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-13655 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | GARY, CHARLENE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2269 GENERAL CHECKING |
| Taxpayer ID No: | *******0854 | | | |
| For Period Ending: | 04/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******5647 | Bank Funds Transfer | 9999-000 | 1,797.21 | | 1,797.21 |
| C   01/06/12 | 4 | CHARLENE GARY<br>MONEY ORDER | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 2,247.21 |
| C   01/30/12 | 4 | CHARLENE GARY<br>MONEY ORDER | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 2,697.21 |
| C   03/07/12 | 4 | CHARLENE GARY<br>MONEY ORDER | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 3,147.21 |
| C   03/27/12 | 4 | CHARLENE GARY<br>MONEY ORDER | Debtor Turnover of bank funds | 1129-000 | 450.00 | | 3,597.21 |
| C   05/31/12 | 4 | CHARLENE GARY<br>MONEY ORDER | Debtor Turnover of bank funds | 1129-000 | 700.00 | | 4,297.21 |
| C   05/31/12 | 4 | Ronald S. Gary<br>375 Bensley Ave.<br>Calumet City, IL  60409 | Debtor Turnover of bank funds | 1129-000 | 200.00 | | 4,497.21 |
| C   08/23/12 | 4 | Ronald S. Gary<br>375 Bensley Ave.<br>Calumet City, IL  60409 | Debtor Turnover of bank funds | 1129-000 | 1,398.42 | | 5,895.63 |
| C t  02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 5,895.63 | 0.00 |

Page Subtotals    5,895.63    5,895.63

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-13655 -TAB | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | GARY, CHARLENE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2269 GENERAL CHECKING |
| Taxpayer ID No: | *******0854 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,895.63 | 5,895.63 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 1,797.21 | 5,895.63 | |
| | | | Subtotal | | 4,098.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,098.42 | 0.00 | |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals 0.00 0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

| Case No: | 11-13655 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | GARY, CHARLENE | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7215  GENERAL CHECKING |
| Taxpayer ID No: | *******0854 | | | |
| For Period Ending: | 04/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,895.63 | | 5,895.63 |
| C  02/14/13 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,339.85 | 4,555.78 |
| C  02/14/13 | 010001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees            1,810.00<br>Expenses         1.53 | Attorney for Trustee Fees (Trustee | <br><br><br><br><br>3110-000<br>3120-000 | | 1,811.53 | 2,744.25 |
| C  02/14/13 | 010002 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000001, Payment 18.01% | 7100-000 | | 2,514.69 | 229.56 |
| C  02/14/13 | 010003 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000002, Payment 18.01% | 7100-000 | | 82.11 | 147.45 |
| C  02/14/13 | 010004 | QUANTUM3 GROUP LLC AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Claim 000003, Payment 18.01% | 7100-000 | | 49.02 | 98.43 |
| | | | Page Subtotals | | 5,895.63 | 5,797.20 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-13655 -TAB | Trustee Name: | Frances Gecker |
| Case Name: | GARY, CHARLENE | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7215 GENERAL CHECKING |
| Taxpayer ID No: | *******0854 | | |
| For Period Ending: | 04/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/14/13 | 010005 | QUANTUM3 GROUP LLC AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK PO BOX 788 KIRKLAND, WA 98083-0788 | Claim 000004, Payment 18.01% | 7100-000 | | 93.93 | 4.50 |
| C 02/14/13 | 010006 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 613 Chicago, IL 60604 | Claim 000005, Payment 18.02% QUANTUM3 GROUP LLC AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK PO BOX 788 KIRKLAND, WA 98083-0788 | 7100-000 | | 4.50 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

|  | COLUMN TOTALS | 5,895.63 | 5,895.63 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 5,895.63 | 0.00 | |
|  | Subtotal | 0.00 | 5,895.63 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 5,895.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5647 | 1,800.04 | 2.83 | 0.00 |
| GENERAL CHECKING - ********2269 | 4,098.42 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7215 | 0.00 | 5,895.63 | 0.00 |
| | 5,898.46 | 5,898.46 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 98.43

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| | |
|---|---|
| Case No: | 11-13655 -TAB |
| Case Name: | GARY, CHARLENE |
| Taxpayer ID No: | *******0854 |
| For Period Ending: | 04/08/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7215 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

MONEY MARKET - ********5647
GENERAL CHECKING - ********2269
GENERAL CHECKING - ********7215

Frances Gecker, Trustee

Trustee's Signature:  /s/  Frances Gecker  Date: 04/08/13
FRANCES GECKER

Page Subtotals          0.00          0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*